COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Texas Department of Criminal Justice v. Jorge Gonzalez
Rocha and Kirk Gipson

Appellate case number:    01-21-00431-CV

Trial court case number:   2020-19803

Trial court:                129th District Court of Harris County

Alexander M. Gurevich of the Law Offices of Alexander M. Gurevich, PC, has filed a motion for leave to withdraw as appellate counsel for appellees, Jorge Gonzalez Rocha and Kirk Gipson. *See* TEX. R. APP. P. 6.5(a), (b). The motion requests leave to withdraw because the representation of appellees "has been rendered unreasonably difficult due to the . . . lack of communication and lack of cooperation" with counsel.

The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Further, the motion includes a certificate of conference representing that no party is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the motion is **granted**. The Clerk of this Court is directed to note the withdrawal of Alexander M. Gurevich of the Law Offices of Alexander M. Gurevich, PC as counsel for appellees on the docket of this Court.

Alexander M. Gurevich is directed to immediately notify appellees of "any deadlines or settings that [he] knows about at the time of withdrawal but that were not previously disclosed" to appellees and file a copy of the notice provided to appellees with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c)

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                ☑ Acting individually    ☐ Acting for the Court


Date: __September 30, 2021_____